AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FOR THE Delaware

COPY

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched)

███████████████  **SEARCH WARRANT**
REDACTED
Dover, Delaware    CASE NUMBER: 06- 54M- MPT

TO: S/A Jeffrey Dunn _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____ S/A Jeffrey Dunn, DEA _____ who has reason to
                                                          Affiant

believe that ☐ on the person of or ☑ on the premises known as (name, description and/or location)

███████████████ Dover, Delaware

in the _____ District of Delaware _____ there is now
concealed a certain person or property, namely (describe the person or property)

See Attachment A

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or
property so described is now concealed on the person or premises above-described and establish grounds for the
issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____ May 5, 2006 _____
                                                                Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this
warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find
reasonable cause has been established), and if the person or property be found there to seize same, leaving a
copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or
property seized and promptly return this warrant to ___ Hon. Mary Pat Thynge, U.S. Magistrate Judge ___
as required by law.                                                         U.S. Judge or Magistrate

April 26, 2006 at 1:05 p.m. _____ at Wilmington, Delaware _____
Date and Time Issued                              City and State

Hon. Mary Pat Thynge, U.S. Magistrate Judge _____ [signature]
Name and Title of Judicial Officer                    Signature of Judicial Officer

FILED
AUG 31 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO 93 (Rev. 2/90) Search Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>04/26/2006 | DATE AND TIME WARRANT EXECUTED<br>04/27/2006 6:00AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>AT RESIDENCE |
| INVENTORY MADE IN THE PRESENCE OF<br>DETECTIVE RANDY ROBBINS |||

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

ONE SMITH AND WESSON HANDGUN S/N: TCK2909

TWO SECURITY CAMERAS

MISCELLANEOUS DOCUMENTS

FOUR CELLULAR TELEPHONES

$8,803 U.S. CURRENCY

SUSPECTED CRACK COCAINE

## CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

_Jeffrey Dun_

Subcribed, sworn to, and returned before me this date.

_____    5/10/06
U.S. Judge or Magistrate         Date

ATTACHMENT A

    a)    Books, records, receipts, notes, ledgers, and other papers relating to the transportation, ordering, purchase and distribution of controlled substances, in particular cocaine and crack cocaine.

    b)    Books, records, invoices, receipts, bank statements and related records, passbooks, money drafts, money orders, bank drafts, cashiers checks, bank checks, safe deposit box keys and related records, money wrappers, and other items evidencing the obtaining secreting, transfer, and/or concealment of assets and the obtaining, secreting, transfer, concealment and/or expenditure of money.

    c)    United States currency (in excess of $1000.00), and jewelry, in amounts indicative of the proceeds of illegal drug trafficking.

    d)    Photographs, including still photos, video tapes, films, and the contents therein, slides, in particular photographs of co conspirators, of assets and/or controlled substances.

    e)    Address and/or telephone books, and any papers reflecting names, addresses, telephone numbers, pager numbers, and fax numbers of co conspirators, sources of supply, and customers.

    f)    Firearms and ammunition.

